✎ JS 44 (Rev. 12/87) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

KNOWLEDGEPLEX, INC.

## DEFENDANTS

PLACEBASE, INC. A/K/A METONYMY, INC.,

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    Los Angeles, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

Steven M. Selna (SBN 133409); S. Fey Epling (SBN 190025)
Drinker Biddle & Reath LLP
50 Fremont St., 20th Floor
San Francisco, CA 94105 Tel: (415) 591-7500

C08 04267

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | **IMMIGRATION** | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities – | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 USC 101 et seq.

Brief description of cause:
Claims for copyright infringement, trade secret misappropriation and breach of contract

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE
September 10, 2008

SIGNATURE OF ATTORNEY OF RECORD



*Feelaid*

1   STEVEN M. SELNA (SBN #133409)
    steven.selna@dbr.com
2   S. FEY EPLING (SBN #190025)
    fey.epling@dbr.com
3   DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
4   San Francisco, CA 94105-2235
    Telephone:    (415) 591-7500
5   Facsimile:    (415) 591-7510

6   Attorneys for Plaintiff
    KNOWLEDGEPLEX, INC.
7

**FILED**

2008 SEP 10 P 2: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   KNOWLEDGEPLEX, INC.,                    **C 08    04267 BZ**
                                             Case No.
13                   Plaintiff,
                                             **COMPLAINT; DEMAND FOR JURY**
14        v.                                 **TRIAL**

15   PLACEBASE, INC. A/K/A
     METONYMY, INC.,
16
                     Defendant.
17

18       Plaintiff KnowledgePlex, Inc., for its Complaint against Defendant Metonymy, Inc. d/b/a

19   Placebase, Inc., alleges and states as follows:

20       1.      Plaintiff KnowledgePlex, Inc. is a corporation duly organized and existing under

21   the laws of the State of Delaware and has its principal place of business at 560 S. Winchester

22   Blvd., Suite 500, San Jose, California 95128.

23       2.      Upon information and belief, Defendant Metonymy, Inc. is doing business as

24   Placebase, Inc. (hereafter "Placebase"), is a corporation organized and existing under the laws of

25   the State of California, and has its principal place of business at 821 Traction Ave., Suite 103, Los

26   Angeles, California 90013.

27       3.      This is an action for copyright infringement under the Copyright Act of 1976, 17

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND
SF01/                                                              CASE NO.

1    U.S.C. § 101 *et seq.* as well as for misappropriation of trade secrets and breach of contract. This
2    Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.

3        4.     Placebase consented to jurisdiction in the Northern District of California and has
4    its principal place of business and transacts business in California.

5        5.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400 as well
6    as pursuant to contractual agreement.

7                              **GENERAL ALLEGATIONS**

8        6.     KnowledgePlex was launched in 2000 as an initiative by the Fannie Mae
9    Foundation to support the efforts of practitioners, grantors, policy makers, scholars, investors, and
10   others involved in the fields of affordable housing and community development. KnowledgePlex
11   provides these individuals with a complete source for relevant news, reliable information, timely
12   research, and tools for collaboration.

13       7.     By providing this information through its web site to the housing and community
14   development field, KnowledgePlex is furthering its goal of transforming disadvantaged
15   communities and neighborhoods. It is helping to usher in a new era for these communities by
16   providing information that can drive markets and empower communities and neighborhoods.

17       8.     In 2004, KnowledgePlex, through its predecessor-in-interest the Fannie Mae
18   Foundation (collectively referred to herein as "KnowledgePlex"), issued a Request for Proposals
19   ("RFP") in which it sought to build on its foundation by developing a new technology platform
20   through an online data system that could provide housing and demographic data about
21   communities, regions, and the nation to serve a variety of users, including policymakers and
22   professionals in the affordable housing and community development industry.

23       9.     KnowledgePlex envisioned a web-based data system that would become the hub of
24   a national data infrastructure for this industry by enabling users to identify specific areas on a
25   map, at levels ranging from a neighborhood to the entire nation, and obtain that area's relevant
26   housing and community information such as homeownership levels, demographics, and financial
27   information about housing in various formats, including maps, tables, and charts, that are easily
28   understandable for its diverse audience. This audience can then use the information to advance

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND                        -2-                                    CASE NO.
SF01/603549.1

1    development and revitalization plans for neighborhoods, make decisions about their own actions,

2    and learn and understand more about particular communities.

3        10.    It was also important to KnowledgePlex that the system be free to all users but

4    function with the level of speed, quality, and reliability common to commercially available

5    software.

6        11.    The development project was a pioneering effort. No one had ever created a

7    reliable, fast, user-friendly, free web site that delivered housing and community information

8    based on user-identified geographic locations selected on a national scale. There were no prior

9    designs, roadmaps, or modules available to use. No other geospatial tools existed at the time that

10   could be used to make this vision a reality.

11       12.    KnowledgePlex understood the value of its concept, project, and the software and

12   products that were to be developed by its contractors. From the very beginning, it worked to

13   protect its proprietary system and maintain confidentiality throughout the proposal and

14   development process. It required that all work produced or created by the successful bidder and

15   its agents and subcontractors belong solely to KnowledgePlex.

16       13.    In response to the RFP, Vinq, LLC, together with its subcontractor Defendant

17   Placebase, submitted a proposal. This proposal acknowledged that KnowledgePlex would retain

18   all ownership and intellectual property rights in the software developed as part of the project.

19       14.    Other bidders on the project proposed solutions that were slower, not as robust,

20   and/or would not result in products proprietary to KnowledgePlex. After reviewing the proposals

21   submitted as part of the competitive RFP process, KnowledgePlex accepted the Vinq/Placebase

22   proposal. Vinq and Placebase were chosen because their proposal suggested that they could

23   develop a system like KnowledgePlex envisioned.

24       15.    KnowledgePlex and Vinq executed the prime contract. With narrow, limited

25   exceptions, that agreement required that the software developed by Vinq for KnowledgePlex be

26   original. The agreement further acknowledged that Vinq, and all of its subcontractors, were

27   undertaking this project as a work-made-for-hire and assigned all rights in anything developed

28   under the project to KnowledgePlex. It also required Vinq to treat KnowledgePlex's confidential

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND                              - 3 -                                          CASE NO.
SF01/603549.1

1  or proprietary information as confidential. In this way, the proprietary nature of

2  KnowledgePlex's system was assured: KnowledgePlex would have all rights in the system and

3  others would be incapable of learning about and copying it.

4  16. Vinq and Placebase agreed to specific terms, which are memorialized separately.

5  The subcontract incorporated the applicable provisions of the prime contract, which was attached

6  to the subcontract.

7  17. Under those terms, Placebase agreed that all work produced as part of the project

8  would be originally developed for and owned by KnowledgePlex. Placebase agreed that the work

9  would be treated as a "work for hire" and also assigned all of its rights in the work to

10  KnowledgePlex. Finally, Placebase acknowledged that it had no license to use intellectual

11  property developed as part of the project.

12  18. KnowledgePlex is a third-party beneficiary of the agreement between Vinq and

13  Placebase.

14  19. KnowledgePlex, Vinq, and Placebase began working on the project during the

15  summer of 2004.

16  20. Vinq, Placebase, and KnowledgePlex worked together and freely shared ideas and

17  information to further the development process. During the development effort,

18  KnowledgePlex's vision for DataPlace slowly came together. More than 20 full-time, dedicated

19  individuals and 50 part-time individuals from KnowledgePlex, Vinq, Placebase, and other entities

20  worked together for a total of well over 50,000 billable hours on this project. The labor-intensive

21  project required extensive trial and error to develop the system that KnowledgePlex envisioned.

22  This was especially true for Placebase's efforts to develop a system for making data geospatially

23  available quickly, easily, and in multiple views. The unique challenges that Placebase

24  encountered in this part of the project required, in total, at least 10 individuals from Placebase

25  who spent a total of over 24,000 hours working on this project. The effort continued for more

26  than three years.

27  21. While the parties freely shared information within the group, they also worked

28  confidentially to protect and preserve the innovations of the DataPlace system. Because it was

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND
SF01/603549.1

- 4 -

CASE NO.

1    anticipated that this system would one day have to stand on its own, outside the largest affordable

2    housing foundation in the country, the code was written and the system was tested behind

3    firewalls and to a large extent through a web site with limited, restricted access.

4        22.    Placebase was responsible for developing a system for coordinating the correct

5    data with the correct geographic area. When a user enters a particular geographic area, such as a

6    city or zip code, the system displays the correct data about that particular area, the border of that

7    area, and the places surrounding that area. The system also includes a mapping engine to render

8    the borders and other shapes relevant to real-time requests and to provide real-time feedback to

9    the user on requests for information over the web through a scalable strategy that would deliver

10   near desktop delivery speeds to the end user of the system despite Internet lags and slow

11   connections. This system, among other works, makes up the DataPlace today.

12       23.    The national scope of this project posed unique challenges. While a local system

13   could have been manually modified during development to accommodate specific geographic

14   issues, a national system like DataPlace presented complications and abnormalities that required a

15   new set of heuristics. When these issues were identified during the development process,

16   Placebase, working with KnowledgePlex, developed solutions to overcome those complications

17   and abnormalities through careful planning and trial and error experimentation.

18       24.    As the project progressed and KnowledgePlex added a new data source or a new

19   feature to DataPlace, Placebase had to develop new ways to get that data into the DataPlace

20   platform and new protocols to handle the data coordination for the new features.

21       25.    As a result of Placebase's work during development of DataPlace, it created

22   valuable technology systems and methods to implement KnowledgePlex's vision for DataPlace.

23       26.    DataPlace provides the functionality that KnowledgePlex envisioned. Users are

24   able to gather data about a specific geographic location, and DataPlace has served as a valuable

25   tool throughout the affordable housing and community development industry.

26       27.    KnowledgePlex owns United States Copyright Registration Nos. TXu 1-570-162

27   and TXu 1-578-402 for the code required to operate DataPlace. Copies of the Certificates of

28   Registration are attached hereto as Exhibits A and B. These copyrights give KnowledgePlex the

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND                          - 5 -                                      CASE NO.
SF01/603549.1

1 exclusive right in the United States to reproduce and distribute the DataPlace code.

2     28.    Between May 1, 2007 and August 13, 2007, KnowledgePlex and Placebase

3 attempted to negotiate a new agreement to govern future development of DataPlace, outside of

4 the Vinq contract, but the parties could not reach agreement. PlaceBase refused to continue the

5 then current arrangement under which KnowledgePlex owned all rights in the work of Placebase.

6     29.    When those negotiations failed, Placebase ceased all development work for

7 KnowledgePlex and failed to complete delivery of its part of DataPlace.

8     30.    During the project, KnowledgePlex paid more than $3.4 million for Placebase's

9 work on development of DataPlace.

10     31.    During the development process, Placebase developed and was also privy to

11 valuable, confidential information about DataPlace, its functionality, and innovative solutions to

12 problems that were overcome during its development.

13     32.    Placebase had also become aware of KnowledgePlex's ideas for future

14 development of DataPlace, including new ideas, features, and know-how.

15     33.    Upon information and belief, Placebase began developing a nearly identical

16 product for itself called Pushpin, and another product substantially similar to DataPlace –

17 PolicyMap – for The Reinvestment Fund ("TRF"). Upon information and belief, the work for

18 TRF began in early 2007, even while Placebase was continuing to develop the DataPlace project

19 for KnowledgePlex.

20     34.    Upon information and belief, this new product, like the product that Placebase

21 developed for KnowledgePlex, is web-based and delivers information based on geographic data

22 on scales ranging from local neighborhoods to the entire nation.

23     35.    Upon information and belief, Placebase developed and delivered to TRF in less

24 than eight months a product that it took Placebase, working together with others, approximately

25 three years to develop as part of DataPlace.

26     36.    Upon information and belief, Placebase copied, incorporated, and prepared

27 derivative works of KnowledgePlex's copyrighted code and used and incorporated its

28 confidential, proprietary, and valuable information to develop and provide to TRF a software

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND               - 6 -                        CASE NO.
SF01/603549.1

1    product that is substantially similar to DataPlace with substantially similar functionality.

2        37.     Upon information and belief, Placebase developed this product by improperly

3    using, copying, and misappropriating copyrighted material and confidential, proprietary, and

4    trade secret information owned by KnowledgePlex.

5        38.     Upon information and belief, Placebase has received or will receive payment from

6    TRF for development of this product.

7                               **COUNT ONE**

8                       **COPYRIGHT INFRINGEMENT**

9        39.     KnowledgePlex repeats and realleges the averments of paragraphs 1-38 as though

10    fully set forth herein.

11        40.     KnowledgePlex has complied with the copyright laws for the DataPlace code. The

12    Registrar of Copyright has issued to KnowledgePlex certificates of copyright registration for the

13    DataPlace code.

14        41.     Without KnowledgePlex's authorization, Placebase has copied, performed, created

15    derivate works of, and distributed KnowledgePlex's copyrighted works and infringing copies of

16    those works.

17        42.     Placebase's aforesaid acts constitute copyright infringement in violation of the

18    Copyright Laws of the United States, 17 U.S.C. §§ 101 *et seq.*

19        43.     As a result of aforesaid acts by Placebase, KnowledgePlex has been severely

20    injured in its business and property. An award of monetary damages alone cannot fully

21    compensate KnowledgePlex for its injuries. KnowledgePlex lacks an adequate remedy at law.

22                               **COUNT TWO**

23                         **BREACH OF CONTRACT**

24        44.     KnowledgePlex repeats and realleges the averments of paragraphs 1-43 as though

25    fully set forth herein.

26        45.     Valid, legal, and duly binding contracts existed between Placebase and Vinq and

27    between Vinq and KnowledgePlex. Applicable provisions of the prime contract were

28    incorporated into the subcontract between Vinq and Placebase.

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND
SF01/603549.1             - 7 -                              CASE NO.

1    46.    These contracts were entered into in connection with a project for KnowledgePlex,

2  Placebase agreed to be bound by and comply with terms in the prime contract, and

3  KnowledgePlex is an intended third-party beneficiary of the subcontract between Vinq and

4  Placebase.

5    47.    KnowledgePlex has performed all of its contractual obligations, including

6  providing all necessary assistance to Placebase and fully compensating Placebase.

7    48.    Placebase has breached its contractual obligations by the aforesaid acts.

8    49.    KnowledgePlex has suffered economic losses as a result of Placebase's actions,

9  and KnowledgePlex will be irreparably harmed by Placebase's activities if Placebase continues to

10  breach its obligations under the agreement.

11                                    **COUNT THREE**

12        **TRADE SECRET MISAPPROPRIATION UNDER CALIFORNIA STATUTE**

13    50.    KnowledgePlex repeats and realleges the averments of paragraphs 1-49 as though

14  fully set forth herein.

15    51.    The code required to operate DataPlace and all of the design and development

16  work of the project to create the code are protectable trade secrets of KnowledgePlex because

17  they have independent value from being confidential and are not readily known or ascertainable

18  by proper means, and because they are the subject of reasonable efforts to maintain their secrecy.

19    52.    By the aforesaid acts, Placebase has willfully and maliciously misappropriated

20  KnowledgePlex's trade secrets in violation of California Civil Code § 3426.1 et seq.

21    53.    By the aforesaid acts, Placebase has willfully and maliciously misappropriated

22  KnowledgePlex's trade secrets in violation of California Civil Code § 3426.1 et seq. justifying an

23  award of exemplary damages under the statute.

24    54.    Unless Placebase is enjoined and restrained by Order of this Court,

25  KnowledgePlex will be irreparably injured by Placebase's activities as set forth above.

26  KnowledgePlex will lose control of its valuable trade secrets because Placebase, and its

27  customers, will be able to use and disclose KnowledgePlex's proprietary information, processes,

28  and methods.

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND                    - 8 -                              CASE NO.
SF01/603549.1

1    55.    KnowledgePlex has no adequate remedy at law.

2                                  **PRAYER FOR RELIEF**

3        WHEREFORE, Plaintiff KnowledgePlex respectfully requests that this Court enter

4    judgment against Defendant Placebase and prays:

5        (a)    That Placebase, and its officers, agents, representatives, and all persons or entities

6    acting or claiming to act on its behalf or under its direction or authority, and all persons or entities

7    in active concert or participation with Placebase who receive notice by personal service or

8    otherwise, be preliminarily and permanently enjoined and restrained from infringing

9    KnowledgePlex's copyright in any manner, and from producing, distributing, disseminating,

10   displaying, using, and selling any materials containing or using KnowledgePlex's copyrighted

11   works;

12       (b)    That Placebase, and its officers, agents, representatives, and all persons or entities

13   acting or claiming to act on its behalf or under its direction or authority, and all persons or entities

14   in active concert or participation with Placebase who receive notice by personal service or

15   otherwise, be preliminarily and permanently enjoined and restrained from disclosing or utilizing

16   any confidential, proprietary, or trade secret information of KnowledgePlex and unfairly

17   competing with KnowledgePlex;

18       (c)    That persons or entities in active concert or participation with Placebase for

19   purposes of paragraphs (a) and (b) hereof includes all persons or entities who are loading,

20   copying, displaying, performing, using, or distributing the infringing software code.

21       (d)    That Placebase and all persons and entities enjoined pursuant to paragraph (a) or

22   (b) hereof be ordered to immediately destroy all copies of KnowledgePlex's confidential,

23   proprietary, and trade secret information in their possession;

24       (e)    That Placebase be ordered to retrieve, within seven (7) calendar days, all

25   infringing copies of KnowledgePlex's copyrighted works and confidential, proprietary, and trade

26   secret information provided to any third-party and destroy said information within two (2)

27   business days of receipt;

28       (f)    That Placebase be ordered to provide written notice, in a form approved by this

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT; JURY DEMAND                    - 9 -                           CASE NO.
SF01/603549.1

1  Court, to all third-parties subject to any of sections (a) through (e) of their and Placebase's
2  obligations under this Order

3      (g)    That Placebase be ordered to complete delivery of the DataPlace Project for
4  KnowledgePlex pursuant to the terms of the Agreement within fourteen (14) calendar days of said
5  Order;

6      (h)    That Placebase be required to account for all of its profits from the sale of
7  infringing copies and be ordered to pay such profits to KnowledgePlex, and award
8  KnowledgePlex its actual damages;

9      (i)    That KnowledgePlex be granted an award of statutory damages as specified in the
10  Copyright Act, 17 U.S.C § 504;

11      (j)    That KnowledgePlex be granted an award of damages, including exemplary
12  damages, under California Civil Code § 3426.3;

13      (k)    That KnowledgePlex be awarded all damages that it has sustained;

14      (l)    That KnowledgePlex be awarded all costs, attorneys' fees, and other expenses that
15  it has been forced to incur; and

16      (m)    Any and all such additional relief that the Court may deem just and proper.

17  Dated: September 10, 2008                    DRINKER BIDDLE & REATH LLP

18

19                                              By:
20                                                  Steven M. Selna
                                                    S. Fey Epling
21                                              Attorneys for Plaintiff
22                                              KNOWLEDGEPLEX, INC.

23  ///

24  ///

25  ///

26

27

28

DRINKER BIDDLE &
REATH LLP          COMPLAINT; JURY DEMAND           - 10 -                          CASE NO.
ATTORNEYS AT LAW   SF01/603549.1
SAN FRANCISCO

1

**DEMAND FOR JURY TRIAL**

2          KnowledgePlex demands a trial by jury.

3

4     Dated: September 10, 2008                    DRINKER BIDDLE & REATH LLP

5

6                                                 By:
                                                      Steven M. Selna
7                                                     S. Fey Epling

8                                                 Attorneys for Plaintiff
                                                  KNOWLEDGEPLEX, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &        COMPLAINT; JURY DEMAND                    - 11 -                                    CASE NO.
REATH LLP               SF01/603549.1
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TXu 1-570-162

**Effective date of
registration:**

**December 14, 2007**

## Title

Title of Work: DataPlace

## Completion/Publication

Year of Completion: 2007

## Author

■ Author: Fannie Mae Foundation

Author Created: Computer program

Work made for hire: Yes

Anonymous: No                                    Pseudonymous: No

## Copyright claimant

Copyright Claimant: KnowledgePlex, Inc.

560 S. Winchester Blvd., Suite 500, San Jose, CA, 95128

Transfer Statement: assignment of all rights

## Limitation of copyright claim

Previously registered: No

## Certification

Name: KnowledgePlex, Inc., by Troy Anderson

Date: December 13, 2007

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-578-402**

**Effective date of registration:**

May 8, 2008

## Title

**Title of Work:** DataPlace

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** Fannie Mae Foundation

**Author Created:** computer program

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** KnowledgePlex, Inc.

560 S. Winchester Blvd., Suite 500, San Jose, CA, 95128

**Transfer Statement:** Assignment of all rights

## Limitation of copyright claim

**Material excluded from this claim:** Excluding first 25 pages of source code

**Previous registration and year:** TXu 1-570-162    2007

**New material included in claim:** All other computer program code

## Rights and Permissions

**Organization Name:** KnowledgePlex, Inc.

**Name:** To whom it may concern

**Address:** 560 S. Winchester Blvd.

Suite 500

San Jose, CA 95128

## Certification

**Name:** KnowledgePlex, Inc. by Troy Anderson

**Date:** May 8, 2008

**Correspondence:** Yes

**IPN#:**

**Registration #:** TXU001578402

**Service Request #:** 1-60561301

Drinker Biddle & Reath LLP
David J. Moorhead
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1698