**RECEIVED**
2008 SEP 26 PM 1: 32
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Kenneth W. Brothers
**Dickstein Shapiro LLP**
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: 202.420.4128
Facsimile:  202.420.2201
Email:      Brothersk@dicksteinshapiro.com

Attorney for Defendant
PLACEBASE, INC.
*also known as* METONYMY, INC.

## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| KNOWLEDGEPLEX, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PLACEBASE, INC.<br>also known as METONYMY, INC.<br><br>Defendant. | CASE NO. 08 CV 04267<br><br>(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (KENNETH W. BROTHERS) |

Kenneth W. Brothers, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is Dickstein Shapiro LLP, 1825 Eye Street NW, Washington, DC, 20006-5403, Telephone No.: 202.420.4128, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Placebase, Inc., *also known as* Metonymy, Inc., IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/30, 2008

_____
United States District Judge