1 | DANIEL J. BERGESON, Bar No. 105439
    dbergeson@be-law.com
2 | DONALD P. GAGLIARDI, Bar No. 138979
    dgagliardi@be-law.com
3 | CAROLINE McINTYRE, Bar No. 159005
    cmcintyre@be-law.com
4 | BERGESON, LLP
    303 Almaden Boulevard, Suite 500
5 | San Jose, CA 95110-2712
    Telephone: (408) 291-6200
6 | Facsimile: (408) 297-6000

7 | KENNETH W. BROTHERS (*pro hac vice* application pending)
    brothersk@dickensteinshapiro.com
8 | DICKSTEIN SHAPIRO, LLP
    1825 Eye Street, N.W.
9 | Washington, D.C. 20006
    Telephone: (202) 420-4128
10 | Facsimile: (202) 420-2201

11 | Attorneys for Defendant
     METONYMY, INC. *d/b/a* PLACEBASE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KNOWLEDGEPLEX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PLACEBASE, INC. *A/K/A* METONYMY, INC. <br><br> Defendant. | Case No. C08-04267 JF <br><br> [proposed] ORDER GRANTING PLACEBASE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL <br><br> Judge: Hon. Jeremy Fogel <br> Ctrm.: 3, 5th Floor <br><br> Complaint Filed: September 10, 2008 <br> Trial Date: Not Set |

Now before the Court is defendant Placebase's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Donald P. Gagliardi filed therewith, the Court finds there to be good cause for granting Placebases's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess an overriding confidentiality interest that overcomes the right of public access in the following documents:

**A.  Portions of the Memorandum of Points and Authorities in Support of Placebase's Motion for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction**

- Page 2, portion of line 14
- Page 2, portion of line 15
- Page 2, portion of line 16
- Page 6, portion of line 7
- Page 7, portions of lines 14-22
- Page 8, portion of line 26
- Page 9, portion of lines 1-5, 11, 23-24
- Page 12, portions of lines 27-28

**B.  Portions of the Declaration of Jaron Waldman in Support of Placebase's Motion for a Temporary Restraining Order and Preliminary Injunction.**

- Page 17, portions of lines 3-4
- Page 18, portion of line 19, 23-28
- Page 19, portions of lines 1-2, 6, 8, 21-24
- Page 20, portions of lines 19-28

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if these records are not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

1

[proposed] ORDER GRANTING PLACEBASE'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL                    CASE NO. C08 04267 JF

1       IT IS THEREFORE ORDERED that Placebase's Motion for Leave to File Documents

2 Under Seal is GRANTED.

3

4 **IT IS SO ORDERED.**

5 Dated: __9/30/08_____, 2008

                                        Hon. Jeremy Fogel
                                       UNITED STATES DISTRICT JUDGE

2

[proposed] ORDER GRANTING PLACEBASE'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL       CASE NO. C08 04267 JF