DANIEL J. BERGESON, Bar No. 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, Bar No. 138979
dgagliardi@be-law.com
CAROLINE McINTYRE, Bar No. 159005
cmcintyre@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

KENNETH W. BROTHERS (admitted *pro hac vice*)
brothersk@dicksteinshapiro.com
DICKSTEIN SHAPIRO, LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 420-4128
Facsimile:   (202) 420-2201

Attorneys for Defendant
METONYMY, INC. *d/b/a* PLACEBASE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KNOWLEDGEPLEX, INC.,<br><br>                              Plaintiff,<br><br>vs.<br><br>PLACEBASE, INC. *A/K/A*, METONYMY, INC.,<br><br>                              Defendant. | Case No. C08-04267 JF<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PLACEBASE'S MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND THE EXPIRATION DATE OF THE TEMPORARY RESTRAINING ORDER<br><br>Judge:                Honorable Jeremy Fogel<br>Complaint Filed: September 10, 2008<br>Trial Date:          Not Set |

Having reviewed the Motion For Administrative Relief To Extend The Expiration Date Of The Temporary Restraining Order ("Motion") filed by defendant Metonymy, Inc. d/b/a Placebase, and good cause appearing,

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Motion is granted, and the temporary restraining order shall expire on October 24, 2008, unless otherwise ordered by the Court.

_____
JEREMY D. FOGEL
United States District Judge

Dated:  10/8/08