1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  CAROLINE McINTYRE, Bar No. 159005
   cmcintyre@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  KENNETH W. BROTHERS (admitted *pro hac vice*)
   brothersk@dicksteinshapiro.com
8  DICKSTEIN SHAPIRO, LLP
   1825 Eye Street, N.W.
9  Washington, D.C. 20006
   Telephone:  (202) 420-4128
10 Facsimile:   (202) 420-2201

11 Attorneys for Defendant
   METONYMY, INC. *d/b/a* PLACEBASE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KNOWLEDGEPLEX, INC.,<br><br>                          Plaintiff,<br><br>vs.<br><br>PLACEBASE, INC. *A/K/A* METONYMY, INC.<br><br>                          Defendant. | Case No. C08-04267 JF<br><br>[proposed] **ORDER GRANTING PLACEBASE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Complaint Filed:   September 10, 2008<br>Trial Date:            Not Set |

Now before the Court is defendant Placebase's Administrative Motion For Leave To File Documents Under Seal. Upon consideration of the Administrative Motion for Leave to File Documents Under Seal and the supporting declaration of Donald P. Gagliardi filed therewith, the Court finds there to be good cause for granting Placebases's request to file documents under seal.

GOOD CAUSE having been shown, the Court finds that:

(1) The parties possess an overriding confidentiality interest that overcomes the right of public access in the following documents:

**Portions of the Memorandum of Points and Authorities in Support of Placebase's Motion for Preliminary Injunction**

- Page 4, portions of lines 9 - 11
- Page 8, portions of lines 23 - 24
- Page 10, portions of lines 6 - 14
- Page 11, portions of line 17, 21 - 24
- Page 12, portions of line 3, 14 - 15
- Page 18, portion of line 13 - 15

(2) The parties' overriding confidentiality interests support sealing the record;

(3) A substantial probability exists that the parties' overriding confidentiality interest will be prejudiced if these records are not sealed;

(4) The proposed sealing is narrowly tailored; and

(5) No less restrictive means exist to achieve this overriding interest.

IT IS THEREFORE ORDERED that Placebase's Motion for Leave to File Documents Under Seal is GRANTED.

**IT IS SO ORDERED.**

Dated: 10/10, 2008

Hon. Jeremy Fogel
UNITED STATES DISTRICT JUDGE