1  DANIEL J. BERGESON, Bar No. 105439
   dbergeson@be-law.com
2  DONALD P. GAGLIARDI, Bar No. 138979
   dgagliardi@be-law.com
3  CAROLINE McINTYRE, Bar No. 159005
   cmcintyre@be-law.com
4  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
5  San Jose, CA 95110-2712
   Telephone:  (408) 291-6200
6  Facsimile:   (408) 297-6000

7  KENNETH W. BROTHERS (admitted *pro hac vice*)
   brothersk@dickensteinshapiro.com
8  DICKSTEIN SHAPIRO, LLP
   1825 Eye Street, N.W.
9  Washington, D.C. 20006
   Telephone:  (202) 420-4128
10 Facsimile:   (202) 420-2201

11 Attorneys for Defendant
   METONYMY, INC. *d/b/a* PLACEBASE
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

| | |
|---|---|
| 17  KNOWLEDGEPLEX, INC.,<br><br>18                                     Plaintiff,<br><br>19       vs.<br><br>20  PLACEBASE, INC. *A/K/A* METONYMY, INC.<br><br>21                                     Defendant.<br>22<br>23 | Case No. C08-04267 JF<br><br>[proposed] **ORDER GRANTING PLACEBASE'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Complaint Filed:   September 10, 2008<br>Trial Date:             Not Set |

24

25

26

27

28

1   Now before the Court is defendant Placebase's Administrative Motion For Leave To File
2   Documents Under Seal.  Upon consideration of the Administrative Motion for Leave to File
3   Documents Under Seal and the supporting declaration of Donald P. Gagliardi filed therewith, the
4   Court finds there to be good cause for granting Placebases's request to file documents under seal.

5   GOOD CAUSE having been shown, the Court finds that:

6   (1)   The parties possess an overriding confidentiality interest that overcomes the right
7   of public access in the following documents:

8   **Portions of Placebase's Reply Brief in Support of Its Motion for Preliminary**
9   **Injunction and Fees Under  17 U.S.C. § 512(f) AND 28 U.S.C. §1927.**

10   • Page 4, portions of line 19.
11   • Page 6 portions of lines 15, 17 and 18.

12   **Portions of Supplemental Declaration of Jaron Waldman In Support of Placebase's**
13   **Reply to KPI's Opposition to Placebase's Motion for Preliminary Injunction and Fees.**

14   • Page 2, portions of line 5.
15   • Page 3, portions of lines 4, 5 and 6.

16   (2)   The parties' overriding confidentiality interests support sealing the record;
17   (3)   A substantial probability exists that the parties' overriding confidentiality interest
18   will be prejudiced if these records are not sealed;
19   (4)   The proposed sealing is narrowly tailored; and
20   (5)   No less restrictive means exist to achieve this overriding interest.
21   IT IS THEREFORE ORDERED that Placebase's Motion for Leave to File Documents
22   Under Seal is GRANTED.

23
24   **IT IS SO ORDERED.**
     Dated: ___10/20_____, 2008
25
                                                          _____
26                                                        Hon. Jeremy Fogel
                                                          UNITED STATES DISTRICT JUDGE
27
28

1

[proposed] ORDER GRANTING PLACEBASE'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL                    CASE NO. C08 04267 JF