UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CIVIL MINUTE ORDER

HOWARD R. LLOYD    UNITED STATES MAGISTRATE JUDGE            CT. #2

DATE:   February 18, 2009            CASE No.    C08-04267JF

CASE TITLE:   KnowledgePlex, Inc. v. Placebase, Inc.

Courtroom Deputy: P. Cromwell            ERO:    FTR

APPEARANCES

For Plaintiff(s):                                   For Defendant(s):

Richard Young, David Moorhead, Paul Myers,          Donald Gagliardi, Mindy Morton,
Troy Anderson and Mark Torrance                     Moran Ben-David and Jaron Waldman

☒  Settlement Conference Held.  Case settled.  Terms confidential.

☐  Settlement Conference Held.  Case did not settle.

☐  Settlement Conference Held (telephonic).  Further Settlement Conference to be scheduled:

Comments:

cc:
Chambers

Judge:                                              Hours:   7.0