\*\*E-Filed 2/19/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KNOWLEDGEPLEX, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PLACEBASE, INC.,<br><br>    Defendant. | Case Number C 08-4267 JF (HRL)<br><br>ORDER OF DISMISSAL |

The Court has been advised that the parties have agreed to a settlement of this case.

IT IS HEREBY ORDERED that the case be dismissed with prejudice. All current hearings and deadlines are VACATED. However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Dated: February 19, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 08-4267 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)

1  Copies of Order served on:

2

3

4  Caroline McIntyre cmcintyre@be-law.com, swalker@be-law.com

5  David J. Moorhead david.moorhead@dbr.com, iplitigation@dbr.com

6  Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com

7  Kenneth W. Brothers , Esq BrothersK@docksteinshapiro.com, mccandlessd@dicksteinshapiro.com

8  Melinda Mae Morton gsimmons@be-law.com, mmorton@be-law.com

9  Paul Ivan Myers , III chicolaw@att.net, myerslaw@att.net

10 Richard W. Young richard.young@dbr.com, iplitigation@dbr.com

11 S. Fey Epling sfepling@dbr.com, ivan.mendoza@dbr.com, michelle.sankey@dbr.com

12 Steven Michael Selna steven.selna@dbr.com, gloria.cadena@dbr.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 08-4267 JF (HRL)
ORDER OF DISMISSAL
(JFLC2)